UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLAUDIA VANDERBIE, et al., <br><br> Plaintiff, <br><br> v. <br><br> LORI L. BOWER, et al., <br><br> Defendant | CV F-05-1633 OWW LJO <br><br> (Superior Court, County Of Madera #MCV030427) <br><br> ORDER REMANDING ACTION TO SUPERIOR COURT |

   The above-action having been removed from the Superior Court of California, County of Madera, by the defendant United States of America, and said defendant now having filed a notice of disclaimer regarding the property involved in this action;

   IT IS HEREBY ORDERED that this action be remanded to the Superior Court of California, County of Madera.

IT IS SO ORDERED.

**Dated:   April 27, 2006**                    **/s/ Oliver W. Wanger**
emm0d6                                          UNITED STATES DISTRICT JUDGE

1